June 3, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00043-CV

THE CONSERVATION SOCIETY OF SAN ANTONIO AND LEWIS VETTER,
Appellants

V.

UNIVERSITY OF TEXAS AT SAN ANTONIO AND CITY OF SAN
ANTONIO, Appellees

Today the Court heard appellants' motion to dismiss the appeal from the order signed by the court below on April 14, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, The Conservation Society of San Antonio and Lewis Vetter.

We further order this decision certified below for observance.

Judgment Rendered June 3, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered Per Curiam.